THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERT WILLIAMS, Appellant. [782 NYS2d 365]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kron, J.), rendered April 15, 2003, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Altman, J.P., Krausman, Luciano, Mastro and Fisher, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORVILLE WYNTER, Appellant. [782 NYS2d 364]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 12, 1999 (*People v Wynter*, 265 AD2d 435 [1999], *affd* 95 NY2d 504 [2000]), affirming a judgment of the County Court, Nassau County, rendered August 23, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Ritter, J.P., Florio, Krausman and Fisher, JJ., concur.